**ENTER  JS 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>AMBER MING DING,<br><br>              Defendant. | CASE NO. CV08-4684-R<br>CR03-1051-R<br><br>ORDER |

Defendant Amber Ming Ding moves pursuant to 28 U.S.C. §2255 to vacate her sentence imposed August 15, 2005.

Defendant had moved to set aside her plea. That motion was denied.

Defendant appealed the sentence and the denial of her motion to set aside her plea. The Court of Appeals for the Ninth Circuit affirmed in Case No. 05-50670. In affirming the Court has answered all the claims made in this present motion.

Considering this motion on its merits plaintiff has alleged no facts to support her claims. She re-argues matters she raised in her appeal and reviews all sorts of law that she claims proves her claims in the 34 pages of her motion. All of her arguments were made to the Court of Appeals (05-50670) and rejected. They likewise are without merit here.

The motion is denied.

DATED: August 18, 2008.

                                                                           MANUEL L. REAL<br>
                                           UNITED STATES DISTRICT JUDGE